IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HOUSTON POLICE OFFICERS' PENSION SYSTEM | § § § § | MDL No. 1945 |
| V. | § § § | |
| STATE STREET BANK & TRUST COMPANY and STATE STREET GLOBAL ADVISORS, INC. | § § § § | Civil Action No. 08-05442-RJH |

---

## PLAINTIFF HOUSTON POLICE OFFICERS' PENSION SYSTEM'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Houston Police Officers' Pension System (HPOPS) respectfully moves this Court to grant its Motion for Partial Summary Judgment, which seeks partial summary judgment on the following grounds:

First, HPOPS seeks a partial summary judgment that the unambiguous language of the Investment Management Agreement between HPOPS and Defendants State Street Global Advisors and State Street Bank & Trust Co. (together, "State Street") establishes as a matter of law that State Street (as HPOPS's Investment Manager), and not HPOPS, was contractually vested with the power to manage the entirety of HPOPS's separately managed commodities strategy investment, and thus undertook the sole responsibility, at all times relevant, to select the appropriate cash management fund for the cash collateral for the strategy, to monitor the cash collateral, and to move the cash collateral to a different fund if prudent.

Second, HPOPS seeks a partial summary judgment that the affirmative defenses State Street has asserted against HPOPS, including State Street's second defense ("plaintiff's own

conduct"); third defense (unclean hands and in pari delicto); fourth defense ("plaintiff's own negligence"); fifth defense (proportionate responsibility); eighth defense (assumption of the risk); ninth defense (ratification, waiver, laches, and estoppel); and eleventh defense (failure to mitigate damages), fail as a matter of law.

The grounds for this motion are set forth in HPOPS's Memorandum in Support of Its Motion for Partial Summary Judgment, served concurrently with this motion. HPOPS is also serving concurrently with this Motion its Local Rule 56.1 Statement of Material Facts in Support of Motion for Partial Summary Judgment.

Dated: June 2, 2010

                                                      **BURFORD & MANEY, L.L.P.**

By:    /s/ *Robert R. Burford*
          Robert R. Burford
          TBA No. 03258500
          Andrew K. Meade
          TBA No. 24032854
          1221 McKinney, Ste. 3150
          Houston, Texas 77010
          Telephone: (713) 658-9001
          Facsimile: (713) 658-9011

                                                      **GIBBS & BRUNS, L.L.P.**

By:    /s/ *Grant J. Harvey*
          Grant J. Harvey
          TBA No. 09177700
          Caren S. Sweetland
          TBA No. 24001333
          Laura Carlock
          TBA No. 24027221
          1100 Louisiana, Suite 5300
          Houston, Texas 77002
          Telephone: (713)650-8805
          Facsimile: (713)750-0903

                    ATTORNEYS FOR PLAINTIFF HOUSTON
                    POLICE OFFICERS' PENSION SYSTEM

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via electronic mail on this 2nd day of June 2010, as set forth below.

Harvey J. Wolkoff
Robert A. Skinner
Olivia S. Choe
Lila A. Palmer
**Ropes & Gray LLP**
One International Place
Boston, MA 02110
Tel: 617.951.7000
Fax: 617.951.7050
Harvey.Wolkoff@ropesgray.com
Robert.Skinner@ropesgray.com
Olivia.Choe@ropesgray.com
lila.palmer@ropesgray.com

Jerome C. Katz
**Ropes & Gray LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: 212.841.5700
Fax: 212.841.5725
Jerome.Katz@ropesgray.com

*Attorneys for Defendant State Street Bank and Trust Company*

John D. Donovan, Jr.
**Ropes & Gray LLP**
One International Place
Boston, MA 02110
Tel: 617.951.7000
Fax: 617.951.7050
jdonovan@ropesgray.com

*Attorneys for Defendant SSGA Funds*

Edwin G. Schallert
Steven Klugman
Matthew D. Siegel
**DeBevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
Tel: 212.909.6000
Fax: 212.909.6836
egschall@debevoise.com
sklugman@debevoise.com
mdsiegel@debevoise.com

*Counsel for Plaintiff Prudential Retirement Insurance and Annuity Company*

William C. Fredericks
Jerald D. Bien-Willner
Avi Josefson
**Bernstein Litowitz Berger & Grossman LLP**
1285 Avenue of the Americas
New York, NY 1019
Tel: 212.554.1400
Fax: 212.554.1444
avi@blbglaw.com
Wfredericks@blbglaw.com
JerryB@blbglaw.com

*Counsel for Lead Plaintiff Warren Cohen, Trustee of the Unisystems Plan, and Interim Lead Counsel for the Class*

George M. Gowen III
**Cozen O'Connor**
1900 Market Street, Fourth Floor
Philadelphia, PA 19103
Tel: 215.665.2000
Fax: 215.665.2013
ggowen@cozen.com

*Counsel for Defendants Cambridge Financial Services, Inc. and Ernest A. Liebre*

Jeffrey C. Block
Patrick T. Egan
Kristen D. Tremble
Abigail A. Romero
**Berman Devalerio Pease Tabacco Burt & Pucillo**
One Liberty Square
Boston, MA 02109
Tel: 617.542.3800
Fax: 617.542.1194
jblock@bermanesq.com
pegan@bermanesq.com
ktremble@bermanesq.com
aromeo@bermanesq.com

*Counsel for Plaintiffs Nashua Corporation Plan Committee, John L. Patenaude, Margaret Callan, and Karen Adams*

Anne F. O'Berry
**Berman Devalerio Pease Tabacco Burt & Pucillo**
Esperante Building
222 Lakeview Avenue, Ste. 900
West Palm Beach, FL 33401
Tel: 561.835.9400
Fax: 561.835.0322
aoberry@bermanesq.com

*Counsel for Lead Plaintiffs John L. Patenaude and Margaret Callan, Fiduciaries of the Nashua Plan and Interim Lead Counsel for the Class*

Clinton Krislov
Jeffrey Salas
Krislov & Associates, Ltd.
20 North Wacker Drive
Chicago, IL 60606
Tel: 312.606.0500
Fax: 312.606.0207
clint@krislovlaw.com
jeff@krislovlaw.com

*Counsel for Sisters of Charity of the Blessed Virgin Mary*

William F. Lee
John J. Butts
Felicia H. Ellsworth
Kevin S. Prussia
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109
617.526.6000
william.lee@wilmerhale.com
john.butts@wilmerhale.com
felicia.ellsworth@wilmerhale.com
kevin.prussia@wilmerhale.com

Steven F. Cherry
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202.663.6000
steven.cherry@wilmerhale.com

*Counsel for ING Institutional Plan Services LLC f/k/a CitiStreet, LLC*

David E. Lurie
Thomas E. Lent
Sara A. Laroche
**Lurie & Krupp, LLP**
One McKinley Square
Boston, MA 02109
Telephone: 617.367.1970
Facsimile: 617.367.1971
dlurie@luriekrupp.com
tlent@luriekrupp.com
slaroche@luriekrupp.com

*Counsel for Plaintiffs F.W. Webb, Robert A. Mucciaarone, Charles Slattery III and Edward Welch, as Members of the F.W. Webb Company Savings & Profit Sharing Plan Committee, and the F.W. Webb Company Savings and Profit Sharing Plan, on Behalf of the Plan and the Participants Thereof*

Leif T. Simonson
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: 612.766.7000
Fax: 612.766.160
lsimonson@faegre.com

*Counsel for Apogee Enterprises, Inc.*

Michele Bryant
Thomas J. Kimpel
**Bamberger, Foreman, Oswald & Hahn LLP**
20 N.W. 4th Street, Seventh Floor
P.O. Box 657
Evansville, IN 47707-0657
Tel: 812.425.1591
Fax: 812.421.4936
mbryant@bamberger.com
tkimpel@bamberger.com

Richard B. Walsh, Jr.
David B. Helms
R. Bradley Ziegler
**Lewis, Rice, Fingersh, L.C.**
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Tel: 314.444.7600
rwalsh@lewisrice.com
dhelms@lewisrice.com
bziegler@lewisrice.com

*Counsel for Plaintiff Welborn Baptist Foundation, Inc.*

Lynn Sarko
Derek W. Loeser
Karin B. Swope
Gretchen Freeman Cappio
Laura R. Gerber
**Keller Rohrback LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206.623.1900
Fax: 206.623.3384
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
kswope@kellerrohrback.com
gcappio@kellerrohrback.com
lgerber@kellerrohrback.com

*Counsel for Lead Plaintiff Alan Kober, Trustee of the Andover Plan, and Interim Lead Counsel for the Class*

David Avi Rosenfeld
Evan Jay Kaufman
Samuel Howard Rudman
**Coughlin, Stoia, Geller, Rudman & Robbins, LLP**
58 South Service Road, Suite 200
Melville, NY 11747
drosenfeld@csgrr.com
ekaufman@csgrr.com
srudman@csgrr.com

*Counsel for Plumbers and Steamfitters Union Local No. 10 Health & Welfare Fund*

Jeffrey A. Berens
Darby Kennedy
**Dyer & Berens LLP**
303 East 17th Avenue, Suite 300
Denver, CO 80203
Tel: 303.861.1764
Fax: 303.395.0393
Jeff@dyerberens.com
darby@dyerberens.com

*Counsel for Securities Class Plaintiffs*

Geoff Gannaway
**Beck, Redden & Secrest**
One Houston Center
1221 McKinney Street, Suite 5400
Houston, TX 77010-2010
Tel: 713.951.3700
Fax: 713.951.3720
ggannaway@brsfirm.com

Charles R. Parker
**Locke Lord Bissel & Liddell LLP**
600 Travis, Suite 3400
Houston, TX 77002-2095
Tel: 713.226.1200
Fax: 713.223.3717
cparker@lockelord.com

John R. Nelson
**Locke Lord Bissel & Liddell LLP**
100 Congress Avenue, Suite 300
Austin, TX 78701
Tel: 512.305.4700
Fax: 512.305.4800
jnelson@lockelord.com

*Counsel for Plaintiffs Memorial Hermann Healthcare System and the Health Professionals Insurance Co., Ltd.*

Douglas Spaulding
**Reed Smith LLP**
1301 K Street NW
Suite 1100 - East Tower
Washington, D.C. 20005
Tel: 202.414.9200
Fax: 202.414.9299
dspaulding@reedsmith.com

*Counsel for Defendant Yanni Partners, Inc.*

*/s/ Caren Sweetland*
Caren Sweetland