UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | MDL No. 1945 |
| HOUSTON POLICE OFFICERS' PENSION SYSTEM,<br><br>  Plaintiffs,<br><br>v.<br><br>STATE STREET BANK & TRUST CO. and STATE STREET GLOBAL ADVISORS,<br><br>  Defendant. | No. 08 Civ. 5442 (RJH)<br><br>**ORAL ARGUMENT REQUESTED** |

## STATE STREET'S MOTION FOR SUMMARY JUDGMENT

Defendant State Street Bank and Trust Company ("State Street"), based upon the accompanying Rule 56.1 Statement of Undisputed Material Facts, Declaration of Harvey J. Wolkoff with attached exhibits 1-55, dated June 2, 2010, Declaration of Andrew S. Carron with attached exhibit A, dated June 2, 2010, and Memorandum of Law in Support, and upon all the pleadings and proceedings heretofore had herein, hereby moves this Court for an order granting summary judgment in favor of defendant dismissing with prejudice all claims asserted against it in plaintiffs' Original Complaint (Causes of Action I, II, III, IV, V, VI, and VIII), and granting defendant such other relief in its favor as the Court deems proper. Pursuant to Your Honor's Individual Practices, State Street requests oral argument.

Dated:  June 2, 2010            ROPES & GRAY LLP

           By: /s/ Harvey J. Wolkoff
           Harvey J. Wolkoff
           Robert A. Skinner
           Daniel J. Maher
           One International Place
           Boston, MA  02110
           Tel: (617) 951-7000
           Fax: (617) 951-7050
           harvey.wolkoff@ropesgray.com
           robert.skinner@ropesgray.com
           daniel.maher@ropesgray.com

*Attorneys for Defendant State Street Bank and Trust Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2010, I caused a true and correct copy of the foregoing document to be served upon the following counsel of record electronically.

/s/ Lila A. Palmer
Lila A. Palmer

Edwin G. Schallert
Jeremy Klatell
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

John R. Nelson
LOCKE LORD BISSELL & LIDDELL LLP
100 Congress, Suite 300
Austin, TX 78701

Caren S. Sweetland
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

Robert Burford
BURFORD & MANEY PC
700 Louisiana, Suite 4600
Houston, TX 77002

John J. Butts, Esq.
Steven Cherry
Felicia Ellsworth
Kevin Prussia
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

Thomas J. Dougherty
Peter Simshauser
Michael S. Hines
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108

Lewis R. Clayton
Jonathan Hurwitz
Aliza Balog
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY  10019-6064

Steven L. Severson
Justin Krypel
Debbie Ellingboe
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

David E. Lurie
Thomas Lent
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 02109

Samuel H. Rudman
David A. Rosenfeld
Evan J. Kaufman
Carolina Torres
Mark Reich
ROBBINS GELLER RUDMAN & DOWD LLP
58 S. Service Road, Ste. 200
Melville, NY 11747