UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS OF NEW YORK (FOLEY SQUARE)

| | | |
|---|---|---|
| HOUSTON POLICE OFFICERS' PENSION SYSTEM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action 1:08-cv-05442-RJH-JLC |
| STATE STREET BANK AND TRUST COMPANY and STATE STREET GLOBAL ADVISORS, INC., | § § § § | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ |
| Defendants. | § § | DATE FILED: 7/22/10 |

**DEFENDANTS' UNOPPOSED MOTION
FOR WITHDRAWAL OF COUNSEL**

State Street Bank and Trust Company and State Street Global Advisors ("State Street"), defendants herein, file this Unopposed Motion for Withdrawal of Counsel and would respectfully show:

1.      State Street desires that Ropes & Gray LLP represent it in this proceeding, and that Baker Botts withdraw as counsel of record for State Street.

2.      This motion is unopposed and the withdrawal of Baker Botts as counsel for State Street will not result in any delay.

WHEREFORE, State Street Bank and Trust Company and State Street Global Advisors pray that this unopposed motion for withdrawal of counsel be granted and that State Street Bank and Trust Company and State Street Global Advisors have all other relief to which it is entitled.

SO ORDERED:

_____
JUDGE RICHARD J. HOLWELL

7/21/10

Respectfully submitted,

BAKER BOTTS LLP

By: David D. Sterling
David D. Sterling
Attorney-in-Charge
Texas Bar No. 19170000
Southern District of Texas No. 07079
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
David.Sterling@bakerbotts.com
Tel:  713-229-1946
Fax:  713-229-7946

*Attorney for Defendants State Street Bank and Trust
Company and State Street Global Advisors, Inc.*

*Of Counsel:*
Harvey J. Wolkoff
Robert A. Skinner
Olivia S. Choe
ROPES & GRAY LLP
One International Place
Boston, MA 02110
Harvey.Wolkoff@ropesgray.com
Robert.Skinner@ropesgray.com
Olivia.Choe@ropesgray.com
Tel: 617-951-7000
Fax: 617-951-7050

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 13, 2010, my paralegal, Leslie Buenzow, spoke with Robert Roy Burford of Burford & Maney P.C., and he indicated that he was not opposed to this motion.

David D. Sterling

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2010, a true and correct copy of the foregoing document was served by electronic mail upon all counsel of record.

David D. Sterling